IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


UNITED STATES OF AMERICA                                          PLAINTIFF


vs.                                                CRIMINAL ACTION NO.  5:98-cr-15DCB


M & S PETROLEUM, INC.                                             DEFENDANT


## ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on petition of the United States of America

in accordance with the provisions of 18  U.S.C. 3573 (amended November 18, 1989) for

remission of all of  the unpaid portion of the $25,000.00 fine imposed on October 25, 1999,

in this cause; and the Court being advised, is of the opinion that the petition is well taken

and all of the unpaid portion of the fine $25,000.00 imposed on October 25, 1999, is

hereby remitted.

SO ORDERED this the ___13th__ day of _____April___ , 2009.


                             ___s/ David Bramlette_____
                             UNITED STATES DISTRICT JUDGE